UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WALTER GELDENHUYS | ) |
| Defendant. | ) |

2:01-CR-220-PMP-RJJ

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#93) on October 3, 2002.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: LOUIS RICHARDSON
Amount of Restitution: $5,000.00

**Total Amount of Restitution ordered:  $5,000.00\*\***

\*\*Joint and Several with co-defendant Anil Kumar Gupta

Dated this ____12____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLORIA M. NAVARRO, Chief Judge
United States District Court